CAUSE # CR 2012-431-1          54,197-02

EX PARTE                                       §          207th DISTRICT COURT

SCOTT MEYER                                 §          COMAL COUNTY, TEXAS

                                                      §

                                                      §

PETITIONERS RESPONSE TO TRIAL COURTS GROUND FOR DENYING
TO ISSUE/GRANT WRIT OF HABEAS CORPUS AND FAILURE TO GIVE
TIMELY RESPONSE

PETITIONER FILED HIS APPLICATION FOR HABEAS CORPUS WITH MEMORANDUM
IN SUPPORT ON JULY 31, 2015. IT DOES NOT APPEAR THAT THE STATES
ATTORNEY GAVE RESPONSE. THE TRIAL COURT REFUSED TO ISSUE WRIT OF
HABEAS CORPUS ON GROUND THAT, "THERE ARE NO PREVIOUSLY UNRESOLVED
FACTS", WITHOUT ISSUING AN OPINION IN SUPPORT OF THEIR GROUND TO
NOT ISSUE WRIT. THIS ORDER IS DATED SEP. 14, 2015 AND THE CLERKS FILE
DATE IS NOT LEGIBLE. THE POST-MARKED DATE IS SEP. 28, 2015.

        PETITIONER OFFERS THE FOLLOWING RESPONSE. PETITIONER RECEIVED AN
ORDER FROM TRIAL JUDGE WALDRIP DENYING APPLICATION FOR WRIT TO
ISSUE. STATES ATTORNEY DID NOT GIVE RESPONSE. PETITIONER ASSERTS
THAT COMAL COUNTY FABRICATED DATES TO COMPLY WITH TX CODE OF
CRIMINAL PROCEDURE § 11.07(3)(C), DID NOT REVIEW PETITIONERS APPLICATION
AND OUT OF HAND DENIED PETITIONER DUE PROCESS, (PROSECUTORIAL AND
JUDICIAL MISCONDUCT). THE POST-MARKED DATE COULD NOT BE FABRICATED
AND CLEARLY INDICATES A DATE TWO WEEKS (14 DAYS) AFTER THE DATE OF
THE ORDER (SEP 14 TO SEP 28). WHY WOULD IT TAKE THE TRIAL COURT
A FULL TWO WEEKS TO DELIVER AN ORDER OF THE COURT TO U.S.P.S..
THIS IS CONSISTENT WITH COMAL COUNTIES DISREGARD FOR JUDICIAL
PROCEDURE AND THE CONSTITUTIONAL RIGHTS OF ITS CITIZENRY. PROSECUTORIAL
MISCONDUCT IS ONE OF THE GROUNDS IN PETITIONERS APPLICATION
FOR HABEAS CORPUS. SAID MISCONDUCT IS BLATANTLY OBVIOUS AND IS
A MATTER OF RECORD (FACTS). COMAL COUNTY JUDICIARY HAS NOT
ADDRESSED THE GROUNDS PRESENTED BY PETITIONER

        PETITIONER REQUESTS OF THE HONORABLE COURT OF CRIMINAL
APPEALS TO INFORM PETITIONER OF WHAT TRIAL COURT FILED WITH
THE COURT OF CRIMINAL APPEALS. IS PETITIONERS MEMORANDUM IN
SUPPORT FILED WITH HIS APPLICATION? DID THE STATES ATTORNEY GIVE
A RESPONSE? WHAT ARE THE DATES OF THE FILED DOCUMENTS AND
POST-MARKED DATE? PETITIONER HUMBLY REQUESTS A COPY OF THESE
DOCUMENTS AND PRAYS THAT THIS HONORABLE COURT REVIEW HIS
APPLICATION FOR HABEAS CORPUS RELIEF AND GRANTS RELIEF.

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 08 2015
Abel Acosta, Clerk

## UNSWORN DECLARATION OF OATH

I Scott MEYER, TDCJ-ID # 1863967, PRESENTLY INCARCERATED IN THE TDCJ-ID AT THE WAYNE SCOTT UNIT, 6999 RETRIEVE RD., ANGLETON, TX. 77515; DO ATTEST UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

RESPECTFULLY SUBMITTED ON THIS 5th DAY OF OCTOBER 20 15

PETITIONER/APPLICANT Scott MEYER 1863967

CURRENT ADDRESS:

Scott MEYER # 1863967
WAYNE SCOTT UNIT
6999 RETRIEVE RD.
ANGLETON, TX. 77515

OCTOBER 5, 2015

COURT OF CRIMINAL APPEALS CLERK

ENCLOSED PLEASE FIND PETITIONERS RESPONSE TO THE TRIAL COURTS DENIAL TO ISSUE WRIT OF HABEAS CORPUS ASSIGNED CAUSE # CR2012-431-1 207th DISTRICT COURT COMAL COUNTY TEXAS. PLEASE FILE THIS WITH THE COURT. IM NOT AN ATTORNEY SO IF I AM IN ERROR, PLEASE INFORM ME OF ANY SUCH Possibility. THANK you

Respectfully

Scott M

SCOTT MEYER 1863967
WAYNE SCOTT UNIT
6999 RETRIEVE RD
ANGLETON, TX. 77515